UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FOUR P'S, LP, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § CIVIL ACTION NO. 7:17-CV-00070-O | |
| FIREMEN'S INSURANCE § | |
| COMPANY OF WASHINGTON, DC, § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME, by and through the undersigned counsel, Plaintiff, FOUR P'S, LP ("Plaintiff") and Defendant FIREMEN'S INSURANCE COMPANY OF WASHINGTON, DC ("Defendant") who, pursuant to Federal Rule of Civil Procedure 41(a), each do hereby stipulate and agree that all claims against Defendant have been resolved and that all claims against Defendant should be dismissed with prejudice. The parties further stipulate that they shall bear their own attorneys' fees and costs.

WHEREFORE, Plaintiff, FOUR P'S, LP and Defendant, FIREMEN'S INSURANCE COMPANY OF WASHINGTON, DC pray that the Court issue an Order dismissing all claims against Defendant, FIREMEN'S INSURANCE COMPANY OF WASHINGTON, DC with prejudice.

Respectfully submitted,

By:   */s/ Michael Rose*_____
      Jennifer G. Martin
      Texas State Bar No. 00794233
      Email: jennifer.martin@wilsonelser.com
      Michael D. Rose
      Texas State Bar No. 24035610
      Email: michael.rose@wilsonelser.com
      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
      Bank of America Plaza
      901 Main Street, Suite 4800
      Dallas, Texas 75202-3758
      (214) 698-8000 Phone
      (214) 698-1101 Facsimile
      ***ATTORNEYS FOR DEFENDANT***

And

*/s/ Larry E. Bache, Jr.*
Larry E. Bache, Jr.
lbache@merlinlawgroup.com
William F. Merlin, Jr.
cmerlin@merlinlawgroup.com
Bar No. 102309
**MERLIN LAW GROUP, P.A.**
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Telephone:   813-229-1000
Facsimile:    813-229-3692
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of foregoing has been served on this the 6th day of March 2018, pursuant to the FEDERAL RULES OF CIVIL PROCEDURE as follows:

**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
Email: jennifer.martin@wilsonelser.com
**MICHAEL D. ROSE**
Texas State Bar No. 24035610
Email: michael.rose@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN**
**& DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000 Phone
(214) 698-1101 Facsimile
*ATTORNEYS FOR DEFENDANT*


                                              */s/Ursula Thomas*
                                              Ursula Thomas